# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KAZUO OKADA, an individual,

    Plaintiff(s),

v.

WYNN RESORTS, LIMITED, a Nevada corporation,

    Defendant(s).

2:13-CV-136 JCM (PAL)

## ORDER

Presently before the court is plaintiff Kazuo Okada's motion for a preliminary injunction. (Doc. # 7).

Plaintiff seeks to enjoin defendant Wynn Resorts. Ltd. from holding a special meeting of shareholders called for February 22, 2013. Plaintiff claims that the sole purpose of the meeting is to ask the shareholders to vote to remove Okada as director of Wynn Resorts without any valid basis. Plaintiff argues that a preliminary injunction is necessary to prevent the irreparable harm that will otherwise result if Wynn Resorts's shareholders vote on the company's removal proposal.

Given the nature of the relief sought and the definite date on which harm may occur, the court finds this matter appropriate for an expedited briefing schedule.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Wynn Resorts shall have up to, and including, February 6, 2013, to file a response to the instant motion.

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that plaintiff Kazuo Okada shall have up to, and including, February 11, 2013, to file his reply.

IT IS FURTHER ORDERED that a hearing be held on this matter before this court on February 15, 2013, at 11:00 a.m.

DATED January 30, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -