1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  Todd L. Bice, Esq., Bar No. 4534
   TLB@pisanellibice.com
3  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
4  PISANELLI BICE PLLC
   3883 Howard Hughes Parkway, Suite 800
5  Las Vegas, Nevada 89169
   Telephone: 702.214.2100
6  Facsimile: 702.214.2101

7  Paul K. Rowe, Esq. *(pro hac vice forthcoming)*
   pkrowe@wlrk.com
8  Bradley R. Wilson, Esq. *(pro hac vice forthcoming)*
   brwilson@wlrk.com
9  S. Christopher Szczerban, Esq. *(pro hac vice forthcoming)*
   scszczerban@wlrk.com
10 WACHTELL, LIPTON, ROSEN & KATZ
   51 West 52nd Street
11 New York, New York 10019
   Telephone: 212.403.1000
12
   Robert L. Shapiro, Esq. *(pro hac vice forthcoming)*
13 RS@glaserweil.com
   GLASER WEIL FINK JACOBS HOWARD
14 AVCHEN & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
15 Los Angeles, California 90067
   Telephone: 310.553.3000
16
   Attorneys for Wynn Resorts, Limited
17

18              UNITED STATES DISTRICT COURT

19                  DISTRICT OF NEVADA

20

21 KAZUO OKADA, an individual,            Case No. 2:13-cv-00136-JCM-PAL

22              Plaintiff,                **DECLARATION OF
                                          JAMES J. PISANELLI IN SUPPORT OF
23                                        WYNN RESORTS' OPPOSITION TO
           v.                             PLAINTIFF'S MOTION FOR
24                                        PRELIMINARY INJUNCTION**

25 WYNN RESORTS, LIMITED, a Nevada
   corporation,
26
                Defendant.
27

28

JAMES J. PISANELLI, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney at law licensed to practice before all courts in the State of Nevada. I am a partner in the law firm of Pisanelli Bice PLLC, counsel of record for defendant Wynn Resorts, Limited ("Wynn Resorts" or "the Company").

2. I make this Declaration in opposition to the motion by Kazuo Okada for a preliminary injunction.

3. Annexed hereto are the following documents:

(a) Exhibit 1 is a true and correct copy of a Transcript of the deposition of Kazuo Okada taken in *Kazuo Okada v. Wynn Resorts, Ltd.*, No. A-12-654522-B (Eighth Judicial Dist. Ct., Clark County) on September 18, 2012;

(b) Exhibit 2 is a true and correct copy of the Current Report on Form 8-K filed by Wynn Resorts on February 22, 2012, annexing the Complaint in *Wynn Resorts, Ltd. v. Kazuo Okada, et al.*, No. A-12-656710-B (Eighth Judicial Dist. Ct., Clark County), dated February 19, 2012, and the Report by Freeh, Sporkin & Sullivan, LLP to the Gaming Compliance Committee or Wynn Resorts;

(c) Exhibit 3 is a true and correct copy of the Complaint filed in *Kazuo Okada v. Wynn Resorts, Limited*, No. 2:13-cv-00136 (D. Nev. Jan. 24, 2013), as filed by Wynn Resorts on January 31, 2013, as "Soliciting Material" related to its Definitive Proxy Statement, dated January 3, 2013;

(d) Exhibit 4 is a true and correct copy of a Letter to Stockholders, dated January 25, 2013, filed by Wynn Resorts on January 25, 2013 as "Definitive Additional Materials" related to its Definitive Proxy Statement, dated January 3, 2013;

(e) Exhibit 5 is a true and correct copy of excerpted pages from the Definitive Proxy Statement filed by Wynn Resorts, dated September 20, 2012;

(f) Exhibit 6 is a true and correct copy of excerpted pages from the Definitive Proxy Statement filed by Wynn Resorts, dated April 7, 2011;

(g) Exhibit 7 is a true and correct copy of the Preliminary Proxy Statement filed by Wynn Resorts, dated March 7, 2012;

(h) Exhibit 8 is a true and correct copy of a news report titled "Wynn Resorts shareholders to meet, vote on Okada ouster" from the *Las Vegas Review-Journal*, dated March 8, 2012;

(i) Exhibit 9 is a true and correct copy of a Press Release filed by Wynn Resorts on February 4, 2013, as "Definitive Additional Materials" related to its Definitive Proxy Statement, dated January 3, 2013;

(j) Exhibit 10 is a true and correct copy of an Order Denying Petitioner Kazuo Okada's Motion to Compel and Request to Depose Wynn Resorts' NRP 30(b)(6) Representative, entered on November 21, 2012, in *Kazuo Okada v. Wynn Resorts, Limited*, No. A-12-654522-B (Eighth Judicial Dist. Ct., Clark County); and

(k) Exhibit 11 is a true and correct copy of a Transcript of the Hearing on Motion to Compel 30(b)(6) Deposition, dated November 8, 2012, in *Kazuo Okada v. Wynn Resorts, Limited*, No. A-12-654522-B (Eighth Judicial Dist. Ct., Clark County).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on February 6, 2013.

_____
JAMES J. PISANELLI