# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KAZUO OKADA, an individual,

   Plaintiff(s),

v.

WYNN RESORTS, LIMITED, a Nevada corporation,

   Defendant(s).

2:13-CV-136 JCM (NJK)

## ORDER

Presently before the court is plaintiff Kazuo Okada's motion for leave to file document under seal. (Doc. # 25). The motion has been filed pursuant to Local Rule 10-5(b), which requires that "papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal."

Plaintiff seeks to file under seal an excerpt of materials from a Wynn Resorts, Ltd. board of directors meeting held on May 17, 2011. This meeting contains internal discussions among the board of directors from a February 24, 2011, meeting. Plaintiff represents that the interests of Wynn Resorts are best served if this excerpt is filed and kept under seal.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Kazuo Okada's motion for leave to file document under seal (doc. # 25) be, and the same hereby is, GRANTED.

DATED February 12, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -