1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  Todd L. Bice, Esq., Bar No. 4534
   TLB@pisanellibice.com
3  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
4  PISANELLI BICE PLLC
   3883 Howard Hughes Parkway, Suite 800
5  Las Vegas, Nevada 89169
   Telephone:  702.214.2100
6  Facsimile:  702.214.2101

7  Paul K. Rowe, Esq. *(pro hac vice forthcoming)*
   pkrowe@wlrk.com
8  Bradley R. Wilson, Esq. *(pro hac vice forthcoming)*
   brwilson@wlrk.com
9  S. Christopher Szczerban, Esq. *(pro hac vice forthcoming)*
   scszczerban@wlrk.com
10 WACHTELL, LIPTON, ROSEN & KATZ
   51 West 52nd Street
11 New York, New York 10019
   Telephone:  212.403.1000

12 Robert L. Shapiro, Esq. *(pro hac vice forthcoming)*
13 RS@glaserweil.com
   GLASER WEIL FINK JACOBS HOWARD
14 AVCHEN & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
15 Los Angeles, California 90067
   Telephone:  310.553.3000

16
   Attorneys for Wynn Resorts, Limited

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAZUO OKADA, an individual, | CASE NO.: 2:13-cv-00136-JCM-NJK |
| Plaintiff, | **WYNN RESORTS' ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| WYNN RESORTS, LIMITED, a Nevada corporation, | |
| Defendant. | |

1

Plaintiff Kazuo Okada's ("Okada") Motion for Preliminary Injunction against Defendant Wynn Resorts, Limited ("Wynn Resorts") came before this Court for hearing on February 15, 2013. Charles H. McCrea, Esq. and Samuel Lionel, Esq., of Lionel Sawyer & Collins, and Marc J. Sonnenfeld, Esq., of Morgan, Lewis & Bockius LLP, appeared on behalf of Okada. James J. Pisanelli, Esq., and Debra L. Spinelli, Esq., of PISANELLI BICE PLLC, Robert Shapiro, Esq., of Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP, and Bradley R. Wilson, Esq., of Wachtell, Lipton, Rosen & Katz, appeared on behalf of Wynn Resorts. Having considered the papers filed on behalf of all parties, the arguments of counsel presented at the hearing, and good cause appearing therefor:

THE COURT HEREBY FINDS that Okada failed to demonstrate that the definitive proxy statement Wynn Resorts filed with the SEC on January 3, 2013 in connection with the special meeting of stockholders to be held on February 22, 2013 for the purpose of allowing the stockholders to consider and vote on a proposal to remove Okada as a director of Wynn Resorts contained false or misleading statements.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion for Preliminary Injunction is DENIED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

CASE NO.: 2:13-cv-00136-JCM-NJK

DATED: March 1, 2013

2