LIONEL SAWYER & COLLINS
SAMUEL S. LIONEL (SBN 1766)
slionel@lionelsawyer.com
CHARLES H. McCREA, JR. (SBN 104)
cmccrea@lionelsawyer.com
STEVEN C. ANDERSON (SBN 11901)
sanderson@lionelsawyer.com
KETAN D. BHIRUD (SBN 10515)
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada  89101
Telephone:   702.383.8888
Facsimile:    702.383.8845

MORGAN, LEWIS & BOCKIUS LLP
MARC J. SONNENFELD*
msonnenfeld@morganlewis.com
1701 Market Street
Philadelphia, Pennsylvania  19103
Telephone:   215.963.5000
Facsimile:    215.963.5001

JOSEPH E. FLOREN*
jfloren@morganlewis.com
BENJAMIN P. SMITH*
bpsmith@morganlewis.com
CHRISTOPHER J. BANKS*
cbanks@morganlewis.com
One Market, Spear Street Tower
San Francisco, California  94105-1126
Telephone:   415.442.1000
Facsimile:    415.442.1001

Attorneys for Plaintiff,
KAZUO OKADA
*pro hac vice application submitted

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAZUO OKADA, an individual, | Case No. 2:13-cv-00136-JCM-NJK |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| WYNN RESORTS, LIMITED, a Nevada corporation, | |
| Defendant. | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff hereby dismisses this action in its entirety, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: March 4, 2013

LIONEL SAWYER & COLLINS
SAMUEL S. LIONEL (SBN 1766)
CHARLES H. McCREA, JR. (SBN 104)
STEVEN C. ANDERSON (SBN 11901)
KETAN D. BHIRUD (SBN 10515)

MORGAN, LEWIS & BOCKIUS LLP
MARC J. SONNENFELD*
JOSEPH E. FLOREN*
BENJAMIN P. SMITH*
CHRISTOPHER J. BANKS*


By  /s/ Ketan D. Bhirud
Attorneys for Plaintiff
KAZUO OKADA
*pro hac vice application submitted